**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

KEVIN MUTH (#631935)                                                    CIVIL ACTION NO. 16-0893-P

VERSUS                                                                  JUDGE S. MAURICE HICKS, JR.

PAM HEARN, ET AL.                                                       MAGISTRATE JUDGE HAYES

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Plaintiff, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's § 1983 complaint is hereby **DENIED AND DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915A and § 1915(e)(2)(b).

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

**THUS DONE AND SIGNED**, at Shreveport, Louisiana, on this 21st day of September, 2016.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE